# First District Court of Appeal
## State of Florida

_____

No. 1D18-2660
_____

GARY A. LESSOR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

December 7, 2018

PER CURIAM.

DISMISSED.

ROBERTS, RAY, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

M. Blair Payne, Public Defender, and Elizabeth A. Rosado, Assistant Public Defender, Live Oak, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.